# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JABARI PORCHE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-639** |
| **ZACHRY HOLDINGS, INC., ET AL.** | **SECTION L (5)** |

## ORDER AND REASONS

Considering Plaintiff Jabari Porche's Motion in Limine to Exclude All Evidence relative to Plaintiff's July 7, 2023 motor vehicle accident, R. Doc. 88, in light of Defendants Zachry Industrial, Inc. and Coral Gonzalez's opposition thereto, R. Doc. 104, and Plaintiff's reply memorandum, R. Doc. 123;

**IT IS ORDERED** that the Motion is **DENIED**. Evidence of Plaintiff's July 7, 2023, motor vehicle accident may be introduced as far as comports with the Federal Rules of Evidence. The Court will consider any specific objections as to relevance or otherwise when made *in situ* at trial.

New Orleans, Louisiana, this 26th day of February, 2026.

_____
United States District Judge