UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JABARI PORCHE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-639** |
| **ZACHRY HOLDINGS, INC., ET AL.** | **SECTION L (5)** |

## ORDER AND REASONS

Considering Plaintiff Jabari Porche's Motion in Limine to Exclude Evidence of Prior Drug Use, R. Doc. 89, in light of Defendants Zachry Industrial, Inc. and Coral Gonzalez's opposition thereto, R. Doc. 109, and Plaintiff's reply memorandum, R. Doc. 124;

**IT IS ORDERED** that the Motion is **GRANTED**. There is no allegation that drug use by Plaintiff contributed in any way to the subject accident and Defendants have not laid the proper foundation for their theory that any potential illegal drug use may have had a medical impact on Plaintiff that is relevant to this litigation. Even if the Court were to find that evidence of Plaintiff's prior drug use is relevant in some manner, any relevance is outweighed by the prejudicial value of this evidence. Fed. R. Evid. 403.

New Orleans, Louisiana, this 26th day of February, 2026.

_____
United States District Judge