UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JABARI PORCHE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-639** |
| **ZACHRY HOLDINGS, INC., ET AL.** | **SECTION L (5)** |

## ORDER AND REASONS

The Court has before it Defendants Zachry Industrial, Inc. and Coral Gonzalez's Motion in Limine Exclude References to Zachry Industrial, Inc. at Trial and to Amend Case Caption. R. Doc. 91. Plaintiff Jabari Porche filed a response opposing in part but presenting no opposition to Defendants' request to amend the case caption. R. Doc. 98. Defendants also filed a reply memorandum. R. Doc. 109. Having considered the briefing, in light of the applicable law and record facts;

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and that the caption of the instant action is hereby **AMENDED** to Jabari Porche versus Zachry Industrial, Inc., et al.

**IT IS FURTHER ORDERED** that the Motion is **DENIED IN PART** as to Defendants' request to exclude references to Zachry Industrial, Inc. at trial. Zachry Industrial, Inc. is a named party in this suit and can be referenced as far as comports with the Federal Rules of Evidence. The Court will consider any specific objections as to relevance or otherwise when made *in situ* at trial.

New Orleans, Louisiana, this 26th day of February, 2026.

_____
United States District Judge