UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JABARI PORCHE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-639** |
| **ZACHRY HOLDINGS, INC., ET AL.** | **SECTION L (5)** |

## ORDER AND REASONS

Considering Defendants Zachry Industrial, Inc. and Coral Gonzalez's Motion in Limine to Exclude Evidence Regarding Plaintiff's Functional Capacity, R. Doc. 94, in light of Plaintiff Jabari Porche's opposition thereto, R. Doc. 103, and Defendant's reply memorandum, R. Doc. 127;

**IT IS ORDERED** that the Motion is **DENIED**. The Court will not whole scale exclude Plaintiff's functional capacity evidence nor the testimony of Plaintiff's functional capacity expert. This evidence may be relevant to Plaintiff's claims for physical impairment and disability and will not unduly confuse the jury. The Court will consider any specific objections as to relevance or otherwise when made *in situ* at trial.

New Orleans, Louisiana, this 27th day of February, 2026.

United States District Judge