**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JABARI PORCHE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-639** |
| **ZACHRY HOLDINGS, INC., ET AL.** | **SECTION L (5)** |

**ORDER AND REASONS**

The Court has before it Plaintiff Jabari Porche's Motion to Strike. R. Doc. 141. Defendants Zachry Industrial, Inc. and Coral Gonzalez oppose the Motion, R. Doc. 145, and Plaintiff filed a reply memorandum in its support, R. Doc. 149. Having considered the briefing in the light of the applicable law and record facts;

**IT IS ORDERED** that the Motion is **GRANTED**, to the extent that Defendant's supplemental report of Dr. Andrew Todd, dated March 30, 2026, is hereby **STRICKEN** and excluded from use at trial. The Court reopened discovery for the limited purpose of permitting Defendants to explore and supplement their expert reports relative to Plaintiff's August 2025 car accident only. Dr. Todd's supplemental report does not even mention the August 2025 car accident, but focuses on Plaintiff's February 2024 car accident. The February 2024 car accident is beyond the limited scope of reopened discovery and must be excluded. Moreover, Dr. Todd will not be permitted at trial to testify beyond the scope of his prior reports. The Court will not wholesale exclude reference to the August 2025 car accident, but will entertain any specific objections thereto in context at trial.

New Orleans, Louisiana, this 22nd day of April, 2026.

_____
United States District Judge